# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: May 31, 2017

Mr. Derry Petty
337 Oak Grove Avenue
Apartment I
Jackson, MI 49203

        Re: Case No. 16-2064, *Derry Petty v. Susan Beebe, et al*
           Originating Case No. : 5:16-cv-12061

Dear Mr. Petty:

  The Court issued the enclosed Order today in this case.

               Sincerely yours,

               s/Robin L. Johnson
               Case Manager
               Direct Dial No. 513-564-7039

cc:  Mr. David J. Weaver

Enclosure

No mandate to issue

Case No. 16-2064

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

DERRY PETTY

     Plaintiff - Appellant

v.

SUSAN E. BEEBE, Judge; FRIEND OF THE COURT, Unknown Defendants; CHRISTINA ARNOLD; JOHN DOES 1-10

     Defendants - Appellees

   Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

     The proper fee was not paid by May 15, 2017.

   It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                                         **ENTERED PURSUANT TO RULE 45(a),**
                                         **RULES OF THE SIXTH CIRCUIT**
                                         Deborah S. Hunt, Clerk

Issued: May 31, 2017